ALFRED BASCH, Appellant, *v.* THE SALVATION ARMY, Respondent, Impleaded with Another.

(Submitted April 23, 1936; decided May 19, 1936.)

590

*Howard C. Kelly* and *Eugene L. Brisach* for appellant.
*R. Keith Kane* and *Whitman Knapp* for respondent.
Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.